Argued December 15, 1977, affirmed January 16, 1978

POWELL, *Appellant,*
*v.*
EDWARD HINES LUMBER COMPANY,
*Respondent.*
(No. A 7705-06737, WCB 76-876, CA 8939)
572 P2d 1335

Nels Peterson, Portland, argued the cause for appellant. With him on the brief was Peterson, Peterson & Peterson, P.C., Portland.

Scott M. Kelley, Portland, argued the cause for respondent. With him on the brief was Gearin, Cheney, Landis, Aebi & Kelley, Portland.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

In this worker's compensation case the primary issue is a factual one—did claimant prove by a preponderance of the evidence that his original compensable back injury had been aggravated? We agree with the triers of fact below that he did not.

Affirmed.